IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-88-BR

| | | |
|---|---|---|
| Nutrition & Fitness, Inc. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| The Winning Combination, Inc. | ) | |
|     Defendants | ) | |

On June 25, 2010, Plaintiff Nutrition & Fitness, Inc. filed a Motion for Entry of Default against Defendant The Winning Combination, Inc. for failure to file an answer or otherwise plead to Plaintiff's Complaint. On July 22, 2010, the Clerk of Court entered an Order holding Plaintiff's Motion for Entry of Default in abeyance until Plaintiff has complied with Rule 55(a) of the Federal Rules of Civil Procedure.

The Court finds that Plaintiff has failed to comply with the order issued on July 22, 2010, therefore, Plaintiff's Motion for Entry of Default is hereby denied without prejudice.

SO ORDERED, this ___ day of November, 2010.

Dennis P. Iavarone
Clerk of Court